UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X     **CASE MANAGEMENT PLAN**
Nathaniel Watt

                                 **Docket Number:**

                      Plaintiff,          **22-cv-06841**

     -against-

City of New York et al

                      Defendant,
----------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __4-19-23__.

2. No additional parties may be joined after __9-8-23__.

3. No amendment of the pleadings will be permitted after __11-2-23__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __4-24-23__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
    (a) expert witnesses on or before __9-8-23__.
    (b) rebuttal expert witnesses on or before __10-6-23__.

6. All discovery, including depositions of experts, shall be completed on or before __10-25-23__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined**.)

       ☐ Yes    ☑ No

If parties answer yes, then fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

| | |
|---|---|
| NAME | **Gregory Zenon** |
| Attorney for Plaintiff | **30 Wall Street, 8th Floor** |
| ADDRESS | **New York, New York 10005** |
| E-mail: | **zenonlaw@yahoo.com** |
| Tel.: | **212.380.8582** |
| Fax: | **440.794.6686** |

| | |
|---|---|
| NAME | **John W Burns, Karasyk & Moschella, LLP** |
| Attorney for Defendant | **Blackett** |
| ADDRESS | **233 Broadway, Suite 2340 New York, NY 10279** |
| E-mail: | **jburns@kmattorneys.com** |
| Tel.: | **212.233.3800** |
| Fax: | **212.233.3801** |

| | |
|---|---|
| NAME | **Michael Pesin-Virovets** |
| Attorney for | **Defendants City of New York, Molina, Redhead, Gourlay** |
| ADDRESS | **New York City Law Department,** |
| E-mail: | **Special Federal Litigation** |
| Tel.: | **100 Church St.** |
| Fax: | **New York, NY 10007** |
| | **mpvirove@law.nyc.gov** |
| | **212.356.2617** |
| | **212.356.3509** |