UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATHANIEL WATT,

                Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE OFFICERS: PATRICK GOURLAY, JOHN REDHEAD, NEW YORK CITY DEPARTMENT OF CORRECTION: COMMISSIONER COMMISSIONER LYNELLE MAGINLEY-LIDDIE AND OFFICER KEVIN BLACKETT, ALL DEFENDANTS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AS EMPLOYEES OF THE CITY OF NEW YORK,

                Defendants.

Case No.: 22-civ-6841(AMD)(JAM)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**Oral Argument Requested**

**PLEASE TAKE NOTICE**, that upon the Statement Pursuant to Local Civil Rule 56.1, the Declaration of John W. Burns, dated June 6, 2025, the exhibits annexed thereto, the accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, Defendant, Kevin Blackett, will move this Court at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza E., Brooklyn, NY 11201, on a date and time to be set by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Summary Judgment in favor of Defendant Blackett, and for such other, further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that by Court Order, Plaintiff shall serve their opposition papers by July 25, 2025, and Reply papers, if any, shall be served and filed by August 8, 2025.

Dated: New York, NY
June 6, 2025

                                                              Respectfully submitted,

                                                              KARASYK & MOSCHELLA, LLP

                                                              John W. Burns, Esq.
                                                              *Attorneys for Defendant Kevin Blackett*
                                                              233 Broadway, Suite 2340
                                                              New York, New York 10279
                                                              Tel.: (212) 233-3800
                                                              jburns@kmattorneys.com

To:     All Counsel via ECF