# *Notice of Request to Submit Electronic Evidence*

**Case Number:** 22-cv-6841

**Filing Party Name:** Karasyk & Moschella, by John W. Burns o/b/o Defendant Kevin Blackett

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** 76

**If the format is PDF, why hasn't it been docketed electronically?**

The format is not PDF. The evidence is Body Worn Camera ("BWC") video footage from responding NYPD Officers the night of November 19, 2019.