UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL WATT,<br><br>           Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY POLICE OFFICERS PATRICK GOURLAY and JOHN REDHEAD, NEW YORK CITY DEPARTMENT OF CORRECTION OFFICER KEVIN BLACKETT, in their individual and official capacities as employees of the City of New York,<br><br>           Defendants. | No. 22-cv-06841 (AMD)(JAM) |

**PLEASE TAKE NOTICE** that upon the Declaration of Senior Counsel Tobias E Zimmerman dated June 6, 2025, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, Defendants Patrick Gourlay and John Redhead will move this Court before the Honorable Ann M. Donnelly, United States District Judge, at the United States Courthouse for the Eastern District of New York at 225 Cadman Plaza East, Brooklyn, New York 11201, on a return date to be set by the Court, for a decision and order dismissing and granting summary judgment to Defendants Gourlay and Redhead, pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure, and such other and further relief as the Court deems proper.

**PLEASE TAKE FURTHER NOTICE,** that by Order of the Court on May 14, 2025, Plaintiff's opposition must be filed on or before July 25, 2025; and Defendants' reply papers, if any, must be filed on or before August 8, 2025.

Dated: New York, New York
June 6, 2025

**MURIEL GOODE-TRUFANT**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants Gourlay and Redhead*
100 Church Street
New York, New York 10007
(212) 356-2423

By: _____
Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

cc: All Counsel (**via ECF**)