BUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATHANIEL WATT,

                                                  Plaintiff,

-against-                     No. 22-cv-06841 (AMD)(JAM)

NEW YORK CITY POLICE OFFICERS PATRICK GOURLAY and JOHN REDHEAD, NEW YORK CITY DEPARTMENT OF CORRECTION OFFICER KEVIN BLACKETT, in their individual and official capacities as employees of the City of New York,

                                                  Defendants.

**DEFENDANT| POLICE OFFICERS' MOTION TO DISMISS
THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM
AND FOR SUMMARY JUDGMENT**

# EXHIBIT B

**DEF 001**



# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS:** NYSID ENTERED  
**Arrest ID:** K19657323 - Q  
**Arrest Location:** INSIDE OF 9101 AVENUE N  
**Pct:** 069  

**Arrest Date:** 11-19-2019  
**Processing Type:** ON LINE  
**Current Location of Perpetrator:**  
**Time:** 19:20:00  
**DCJS Fax Number:** KO048242  
**Borough:** Brooklyn  
**Sector:** D  
**Special Event Code:** NO - NOT APPLICABLE  
**Type:** ALL PD LOCATIONS  
**Strip Search Conducted:** NO  
**DAT Number:**  
**Location:** 069 PRECINCT  
**Viper Initiated Arrest:** NO  
**ICAD#** D19111922214  
**Stop And Frisk:** NO  
**Return Date:** 0000-00-00  
**Serial #:** 0000-000-00000  

### COMPLAINTS:
**Arrest #:** K19657323

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2019-069-05397 | 2019-11-19 | Valid, Initial Arrests made | 2019-11-19 | 18:30 |

### CHARGES:
**Arrest #:** K19657323

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.15 01 | M | A | 1 | CRIMINAL TRESPASS 2ND |

| How Arrest came about: | # Injuries: 00 | # Fatalities: 00 | Test Given: | | | | Reason Vehicle Not Forfeit: |
|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |

| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |

### DETAILS:
**Arrest #:** K19657323

**Was the defendant recording police-related activity at time of arrest?**

AT TPO CV STATES WHILE INSIDE RESIDENCE (BASEMENT) DID SMELL MARIJUANA SMOKE WHICH ALERTED HIM TO POSSIBLY PERP INSIDE LOCATION AT WHICH TIME HE HEARD AN UNK INDIVIDUAL ATTEMPT TO OPEN ROOM DOOR. AT THAT TIME C/V WHO IS OFF DUTY NYC CORRECTIONS OFFICER DID DRAW FIREARM AND OPENED DOOR. CV OBSERVED DEFT INSIDE PRIVATE AREA OF HOME AT WHICH POINT A STRUGGLE ENSUED BETWEEN BOTH PARTIES AND A ROUND WAS FIRED INTO DOOR. CV THEN ORDERED DEFT ON THE GROUND AND CONTACTED PD. DEFT TRANSPORTED BY PO GALATI TO STATION HOUSE AND UPON SILA DID RECOVER BAG OF LOOSE MARIJUANA FROM FRONT RIGHT POCKET. NO WARRANTS.

**DEFENDANT:** WATT, NATHANIEL  
**NYSID #:** [redacted]  
**Arrest #:** K19657323

| | |
|---|---|
| Nick/AKA/Maiden: | Height: 5FT 11IN |
| Sex: MALE | Weight: 200 |
| Race: BLACK | Eye Color: BROWN |
| Age: 23 | Hair Color: BLACK |
| Date Of Birth: [redacted] | Hair Length: SHORT |
| U.S. Citizen: YES | Hair Style: CLOSE CUT |
| Place Of Birth: NEW YORK | Skin Tone: DARK |
| Is this person not Proficient in English?: NO | Complexion: CLEAR |
| If Yes, Indicate Language: | |
| Accent: NO | Soc.Security #: |
| | Occupation: NONE |
| Identification ID: None | |
| Identification #: | |
| Physical Condition: INJ-ADMITTED IN HOSP | Lic/Permit Type: |
| Drug Used: NONE | Lic/Permit No: |

Order Of Protection: NO  
Issuing Court:  
Docket #:  
Expiration Date:  
Relation to Victim: NO RELATIONSHIP  
Living together: NO  
Can be Identified: YES  

Gang/Crew Affiliation: NO  
Name:  
Identifiers:  

**DEF 001**

**DEF 002**

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | BROOKLYN | NEW YORK | [redacted] | | 069 |

Phone # and E-Mail Address:
E-MAIL: [redacted]

N.Y.C.H.A. Resident: **NO**   N.Y.C. Housing Employee: **NO**   On Duty: **NO**
Development:              N.Y.C. Transit Employee: **NO**

**Physical Force: NONE**

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | NONE |
| METHOD OF FLIGHT | NA |
| MODUS OPERANDI | UNKNOWN |
| MODUS OPERANDI | TRESPASS INSIDE PRIVATE HOUSE |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - DU-RAG - BLACK |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**     Arrest #: **K19657323**

Number Of Priors: **0**    Relative Notified:    Personal Recog:
School Attending:         Name:
Mother's Maiden Name:     Phone Called:
                          Time Notified:

**ASSOCIATED ARRESTS:**     Arrest #: **K19657323**

ARREST ID  COMPLAINT #

**No Vehicles for Arrest #**

**DEFENDANTS CALLS:**     Arrest #: **K19657323**

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | REFUSED,REFUSED | REFUSED | | NO |

**INVOICES:**     Arrest #: **K19657323**

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

**ARREST RULES:**     Arrest #: **K19657323**

ARREST PROCESSING TYPE : O
OFFENCE DATE : 11/19/2019
AGE AT TIME OF OCCURRENCE : 23
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

**ARRESTING OFFICER: POM PATRICK C GOURLAY**     Arrest #: **K19657323**

Tax Number: **951780**       On Duty: **YES**         Force Used: **NO - No Force Used by any MOS**
Other ID (non-NYPD): **0**   In Uniform: **YES**      Type:
Shield: **244**              Squad: **C3**            Reason:
Department: **NYPD**         Chart: **05**            Officer Injured: **NO**
Command: **069**             Primary Assignment: **BEAT OFFICER**   Officer Body Worn Camera: **YES**
                                                      TRI Number: **0000-000-00000 Suffix: 0**

| Arresting Officer Name: | Tax #: | Command: | Agency: |
|---|---|---|---|



| | | | |
|---|---|---|---|
| POM GOURLAY, PATRICK C | 951780 | 069 | NYPD |
| Supervisor Approving:<br>SGT RODRIGUEZ THOM | Tax #:<br>947426 | Command:<br>069 | Agency:<br>NYPD |
| Report Entered by:<br>POM GOURLAY, PATRI | Tax #:<br>951780 | Command:<br>069 | Agency:<br>NYPD |
| END OF ARREST REPORT<br>K19657323 | | | |

Print this Report

DEF 003