CUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATHANIEL WATT,

                              Plaintiff,

-against-                      No. 22-cv-06841 (AMD)(JAM)

NEW YORK CITY POLICE OFFICERS PATRICK GOURLAY and JOHN REDHEAD, NEW YORK CITY DEPARTMENT OF CORRECTION OFFICER KEVIN BLACKETT, in their individual and official capacities as employees of the City of New York,

                              Defendants.

**DEFENDANT| POLICE OFFICERS' MOTION TO DISMISS
THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM
AND FOR SUMMARY JUDGMENT**

# EXHIBIT C

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : MTP
Status : Approved
Report # : MTP-2019-069-000219
Incident Date : 11/19/2019 00:00 Tuesday

## INCIDENT INFORMATION

| | | | |
|---|---|---|---|
| **ICAD Number:** | | | |
| **AED/CPR Log Number:** | **Date:** 11/19/2019 | | |
| **Is This an Arrest?:** Yes | **Command of Arrest:** 069 PRECINCT | | |
| **Arrest Number:** k19657323 | **Arrest Pct:** 069 | **Charge:** PL 140.15 01 ( CRIMINAL TRESPASS 2ND ) | |

## SECTION I - PRISONER'S INFORMATION

| | | | |
|---|---|---|---|
| **Name:** NATHANIEL WATT | | | |
| **Age:** 23 | **Sex:** Male | | |

### ADDRESS

| | | | |
|---|---|---|---|
| **Address Unknown?:** No | | | |
| **Building No.:** ▮ | **Street Name:** ▮ | **Unit Type:** PRIVATE HOUSE | **Unit Number:** |
| **City:** brooklyn | **State:** New York | **Zip Code:** ▮ | |
| **Telephone:** ▮ | | | |

## ARRESTING/ESCORTING OFFICER

| | | | |
|---|---|---|---|
| **Department:** NYPD | | | |
| **Agency:** New York City Police Department | **Command:** 069 | **Command Description:** 069 PRECINCT | **NCIC Number:** 03030 |
| **Tax Number:** 951780 | **Rank:** POLICE OFFICER MALE | **Last Name:** GOURLAY | **First Name:** PATRICK |

## MEDICAL TREATMENT INFORMATION

| | | | |
|---|---|---|---|
| **CEW Used?:** No | **AED Used?:** No | **Aided Resuscitated?:** No | |
| **Suspected Narcotics Overdose?:** No | **Suspected Narcotic Type:** | **Method of Use:** | **Informed by:** |
| **Naloxone/Narcan Used?:** No | **Naloxone/Narcan Log Number:** | **If Used, Total Number of Uses:** | **Responded to Naloxone/Narcan?:** |
| **Prisoner Requests/Requires Medical Aid:** Yes | **Type of Aid:** Medical | **Prisoner Refused Medical Aid:** No | **Date:** |
| **Transported to Hospital (Name):** 7103-Brookdale Hospital Center | **Date:** 11/19/2019 20:30 | | |
| **Wagon Number:** | **RMP Number:** | **ACR Number:** 86042252 | **PCR Number:** |
| **Returned from Hospital Date:** 11/20/2019 03:15 | | | |
| **Attempted Suicide:** No | **Nature of Illness/Injury:** complaint of pain to right eye cause from deris | **If Injury:** New | |
| **Restraining Devices Used:** No | | **ESU Responded:** No | |
| **Prescription Medication Possessed at Arrest:** No | **Prescription Number and Name of Physician:** | **Pharmacy/Phone Number:** | **Property Clerk Invoice Number/Command:** |

### REMARKS

at tpo after rma in the field prisoner was brought back to 69 precinct where he requested medical aid for complaint of pain to his right eye caused from debris entering his eye injury sustained prior to pd arrival.

| | | | |
|---|---|---|---|
| **Prisoner Refused Medical Aid in the Field:** Yes | **Prisoner Refused Medical Aid at the Command:** No | **Prisoner Refused Medical Aid Within the Court Section:** No | **Recommend Prisoner Be Seperated from General Population:** No |

## EMS FIELD PERSONNEL

| | | | |
|---|---|---|---|
| **Last Name:** | **First Name:** | **Shield/ID Number:** | |
| **Date:** | **Refer to Hospital Emergency Room:** | | |

## NYPD SUPERVISOR/DESK OFFICER

## NYPD SUPERVISOR/DESK OFFICER

| | | | |
|---|---|---|---|
| **Agency:** New York City Police Department | **Command:** 069 | **Command Description:** 069 PRECINCT | **NCIC Number:** 03030 |
| **Tax Number:** 947426 | **Rank:** SERGEANT | **Last Name:** RODRIGUEZ | **First Name:** THOMAS |
| **Date:** 11/19/2019 20:30 | **Command of Arrest/Court Section:** 069 | | |

## HOSPITAL INFORMATION

| | | | |
|---|---|---|---|
| **Admitted to Hospital:** No | **Suicide Watch Recommended by Hospital Staff:** No | **Transfer to Psychiatric Hospital Recommended by Hospital Medical Staff:** No | **Medication Prescribed:** |
| **Medication to Be Taken as Prescribed:** No | **Medication to Travel With Prisoner:** No | **Refer to Psychiatric Hospital:** No | |

### HOSPITAL/MEDICAL STAFF

| | | | |
|---|---|---|---|
| **Last Name:** yuan | **First Name:** juliet | **Middle:** | **Title:** doctor |
| **Title:** doctor | **Date:** 11/20/2019 02:15 | | |

## EMS COURT SECTION

| | | | |
|---|---|---|---|
| **Last Name:** | **First Name:** | **Shield/ID Number:** | |
| **Date:** | **Refer to Hospital Emergency Room:** | | |

## NYPD DESK OFFICER/COURT SECTION SUPERVISOR

| | | | |
|---|---|---|---|
| **Agency:** | **Command:** | **Command Description:** | **NCIC Number:** |
| **ID Number:** | **Rank:** | **Last Name:** | **First Name:** |
| **Date:** | **Command of Arrest/Court Section:** | | |

## RECEIVED BY DEPARTMENT OF CORRECTION

| | | | |
|---|---|---|---|
| **Rank:** | **Last Name:** | **First Name:** | **Shield/ID Number:** |
| **Date:** | | | |

## ENTERED BY

| | | | |
|---|---|---|---|
| **Agency:** New York City Police Department | **Command:** 069 | **Command Description:** 069 PRECINCT | **NCIC Number:** 03030 |
| **Tax Number:** 951780 | **Rank:** POLICE OFFICER MALE | **Last Name:** GOURLAY | **First Name:** PATRICK |

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| PATRICK C GOURLAY 951780 POM 069 PRECINCT New York City Police Department 03030 | THOMAS G RODRIGUEZ 947426 SGT 069 PRECINCT New York City Police Department 03030 | Please add hospital info | Rejected | 12/06/2019 20:58 Friday |
| PATRICK C GOURLAY 951780 POM 069 PRECINCT New York City Police Department 03030 | THOMAS G RODRIGUEZ 947426 SGT 069 PRECINCT New York City Police Department 03030 | | Approved | 12/21/2019 20:35 Saturday |

DEF 005