DUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL WATT,<br><br>                              Plaintiff,<br><br>-against-<br><br>NEW YORK CITY POLICE OFFICERS PATRICK GOURLAY and JOHN REDHEAD, NEW YORK CITY DEPARTMENT OF CORRECTION OFFICER KEVIN BLACKETT, in their individual and official capacities as employees of the City of New York,<br><br>                              Defendants. | No. 22-cv-06841 (AMD)(JAM) |

**DEFENDANT| POLICE OFFICERS' MOTION TO DISMISS
THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM
AND FOR SUMMARY JUDGMENT**

# EXHIBIT D

| WATT, NATHANIEL | MALE/ BLACK/ 23 | | K19657323 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **NYSID**: ▇▇▇▇ | **Arrest Precinct**: 69 | **Arrest Officer**: GOURLAY, PATRICK | **Status**: **I CARD, OLD COURT** |
| **Fax Num**: KO048242 | | **AO Command**: 069 | **Current Lodging**: OLD COURT MALE FEEDER (KFM2) |
| **Court Part**: AR3A | | **AO TaxId**: 951780 | **Top Charge**: PL 140.15 01 |
| **Docket Num**: CR-041316-19KN | | **AO Rank**: POM | **Notes On File ?** YES |
| | | **AO Dept**: | |

**Custody Time**: 25 hrs 29 mins
**Arraignment Time**: 25 hrs 29 mins

| ARREST 11/19/2019 1920 | RECORD CREATE 11/19/2019 2346 | NYSID 11/20/2019 0408 | DNA BANNER 11/20/2019 0408 |
|---|---|---|---|
| PAPERWORK READY - 11/20/2019 0514 | AO RELEASE 11/20/2019 1755 | COMPLAINT SWORN - 11/20/2019 1755 | COMPLAINT RECEIVED 11/20/2019 1756 |
| BREAKDOWN 11/20/2019 1756 | PACKAGE TO COURT 11/20/2019 1805 | DOCKETED 11/20/2019 1908 | ARRAIGNMENT CLOSED 11/20/2019 2049 |
| I CARD * 11/20/2019 0435 | OLD COURT 11/20/2019 1814 | ROR 11/20/2019 2049 | |

**Arraignment Status**

| Activity Name | StartDate/Time | - | EndDate/Time |
|---|---|---|---|
| ARREST | 11/19/2019 1920 | - | --------- ---- |
| RECORD CREATE | 11/19/2019 2346 | - | --------- ---- |
| NYSID | 11/20/2019 0408 | - | --------- ---- |
| DNA BANNER | 11/20/2019 0408 | - | 11/20/2019 0408 |
| PAPERWORK READY | 11/20/2019 0514 | - | --------- ---- |
| AO RELEASE | 11/20/2019 1755 | - | --------- ---- |
| COMPLAINT SWORN | 11/20/2019 1755 | - | --------- ---- |
| COMPLAINT RECEIVED | 11/20/2019 1756 | - | --------- ---- |
| BREAKDOWN | 11/20/2019 1756 | - | --------- ---- |
| PACKAGE TO COURT | 11/20/2019 1805 | - | --------- ---- |
| DOCKETED | 11/20/2019 1908 | - | --------- ---- |
| ARRAIGNMENT CLOSED | 11/20/2019 2049 | - | --------- ---- |
| I CARD * | 11/20/2019 0435 | - | --------- ---- |
| OLD COURT | 11/20/2019 1814 | - | --------- ---- |
| ROR | 11/20/2019 2049 | - | --------- ---- |

**Lodging Status/History**

| Lodging Name | StartDate/Time | - | EndDate/Time |
|---|---|---|---|
| 069 PRECINCT | 11/19/2019 1920 | - | 11/20/2019 1237 |
| KINGS MAIN MALE HOLDING (KCT) | 11/20/2019 1237 | - | 11/20/2019 1827 |
| OLD COURT MALE FEEDER (KFM2) | 11/20/2019 1827 | - | --------- ---- |

**Charges**

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 140.15 01 | M | A | 2 |

**Grouped Arrests**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Grouped by NYSID**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Notes**

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|

WATT, NATHANIEL | K19657323                                                        Page 1

WATT, NATHANIEL                                      MALE/ BLACK/ 23                                      K19657323

| Date | Time | | Rank | Last Name | First Name | Notes |
|---|---|---|---|---|---|---|
| 11/20/2019 | 0205 | 582 | SGT | FLUKER | JIMMIE | DELAY: SGT TEJADA DESK OFFICER NOTIFIED TO HAVE A/O EMAIL HIS ARREST PPWK WITHOUT FURTHER DELAY. |
| 11/20/2019 | 0230 | 582 | LT | DIANY | ABDESSAMAD | DELAY IN CREATING RECORD***SPOKE TO SGT TEJADA 69 PCT DESK OFFICER TO HAVE DEFT FINGERPRINTED AND TRANSPORTED TO BCB. |
| 11/20/2019 | 0239 | 582 | LT | MCGUIRE | LEON | **SGT LOUIS-JEAN SPOKE TO SGT TIRADO , HE STATED THE PRISONER WILL BE TRANSPORTED TO BCS IN THE 2ND PLATOON, DUE TO INVESTIGATION.** PO MCCARTHY O PBBS WAS NOTIFIED, DUTY CAPTAIN FINN. |
| 11/20/2019 | 0438 | 582 | PAA | PENDARVIS | SANDRA | I CARD - 2018041762 CMP. # 2018069004526 WITNESS P.O. LORELLO # 0289 I CARD- 2019008791 CMP. # 2019069000750 WITNESS P.O. MAFFEI # 0286 I CARD - 2018041971 CMP. # 2018069004498 SUSPECT ONLY P.O. GAILLARD # 0289 NTFD P.O THOMPSON @ INTEL |
| 11/20/2019 | 0731 | 582 | POM | PIERRELOUIS | EVENS | SGT HAYES SAYS DEF WILL BE TRANSPORTED TO BCB WITHIN THE HOUR |
| 11/20/2019 | 0928 | 582 | SGT | URBANEK | YANDEIRY | * * STATUS* * CASE IS ON DECK AWAITING TO BE ASSIGNED, |
| 11/20/2019 | 1237 | 582 | DT3 | GROSS | FELIX | NO ADDITIONAL ARREST |